1 | McGREGOR W. SCOTT
United States Attorney
2 | MARK J. McKEON
Assistant U.S. Attorney
3 | MISDEMEANOR UNIT
Federal Building
4 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
5 | Telephone (559) 497-4000

6

7 |              IN THE UNITED STATES DISTRICT COURT FOR THE

8 |                   EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       )     No. 5:07-cr-00006 TAG
                                    )
11 |              Plaintiff,         )     MOTION AND ORDER FOR
                                    )     DISMISSAL OF INFORMATION
12 |       v.                        )
                                    )
13 | RICHARD D. BLANCHARD,           )
                                    )
14 |                                 )
                 Defendant.          )
15 | _____)

16 |       The United States Attorney's Office, pursuant to Rule 48(a)

17 | of the Federal Rules of Criminal Procedure, hereby moves to

18 | dismiss the Information without prejudice against Richard D.

19 | Blanchard, in the interest of justice.

20

21 |                                    Respectfully submitted,

22

23 |                                    McGREGOR W. SCOTT
                                        United States Attorney

24

   | DATED: July 19, 2007       By:     ___/s/ Mark J. McKeon___
25 |                                    MARK J. McKEON
                                        Assistant U.S. Attorney

26

27

28

1                                    ORDER

2         IT IS HEREBY ORDERED that the Information against RICHARD D.

3   BLANCHARD be dismissed without prejudice in the interest of

4   justice.

5

6

7   IT IS SO ORDERED.

8   Dated:   **July 19, 2007**                                **/s/ Theresa A. Goldner**
                                                  UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28